IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONEY ISLAND AUTO PARTS UNLIMITED, INC., | ) ) ) | |
| v. | ) ) | No. 3:22-0804 Crenshaw/Holmes |
| VISTA-PRO AUTOMOTIVE, LLC | ) ) | |

## **ORDER**

I hereby RECUSE myself from further proceedings in this case. Accordingly, the Clerk is DIRECTED to reassign this matter to another Magistrate Judge for all further case management.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge